AFFIDAVIT OF SERVICE BY CERTIFIED MAIL
RETURN RECEIPT REQUESTED AND FIRST CLASS MAIL

Re:  Diamond Finance Co., Inc.
     Case No. 820-71877-A736
     Marc A. Pergament, Chapter 7 Trustee of the Estate of Diamond
     Finance Co., Inc. v. Rob Diamond a/k/a Robert Diamond
     Adv. Proc. No. 820-08175-A736

STATE OF NEW YORK     )
                      )ss.:
COUNTY OF NASSAU      )

Jacqueline Sullivan, being duly sworn, deposes and says:

That I am not a party to this action, am over the age of 18 years, and reside in Massapequa Park, New York.

That on the 24th day of November, 2020, I served the *SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING* and *COMPLAINT* upon the Defendant at the address listed below by depositing a true copy of the same enclosed in a post-paid properly addressed envelope, marked Certified Mail, Return Receipt Requested and by first class mail, in a properly addressed envelope, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

Robert Diamond
405 East 56th Street, Apt. 6D
New York, NY  10022
Article No. 7015 3010 0002 3084 5234

*Jacqueline Sullivan*

Jacqueline Sullivan

Sworn to before me this
24th day of November, 2020.

*Marianne Mastrocco*

NOTARY PUBLIC

Marianne Mastrocco
Notary Public, State of New York
Registration No. 01MA6119578
Qualified in Nassau County
Commission Expires December 13, 20 20