UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

In Re:

Diamond Finance Co., Inc.,

               Debtor.
--------------------------------------------------------------X

Marc A. Pergament, Chapter 7 Trustee of the
Estate of Diamond Finance Co., Inc.,

               Plaintiff,

     - against -

Rob Diamond a/k/a Robert Diamond,

               Defendant.
--------------------------------------------------------------X

RETURN DATE:       JANUARY 11, 2021
TIME:              9:30 A.M.

Chapter 7

Case No. 820-71877-A736

Adv. Proc. No. 820-08175-A736

Notice of Hearing

PLEASE TAKE NOTICE, that on January 11, 2021 at 9:30 a.m., Marc A. Pergament,

Chapter 7 Trustee of the Estate of Diamond Finance Co., Inc. will move before the Honorable Robert

E. Grossman, United States Bankruptcy Judge, United States Bankruptcy Court, Alfonse M.

D'Amato Courthouse, 290 Federal Plaza, Room 860, Central Islip, New York 11722, or as soon

thereafter as counsel can be heard for an Order pursuant to § 105 of the Bankruptcy Code and Rules

4004, 4007 and 7015 of the Federal Rules of Bankruptcy Procedure:  (a) amending the above-

captioned adversary proceeding as follows:

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In Re:                                                    Chapter 7

Robert Diamond a/k/a Rob Diamond,                         Case No. 820-71878-A736

      Debtor.
------------------------------------------------------------X

Marc A. Pergament, Chapter 7 Trustee of the               Adv. Proc. No. 820-08175-A736
Estate of Diamond Finance Co., Inc.,

      Plaintiff,

    - against -

Rob Diamond a/k/a Robert Diamond,

      Defendant.
------------------------------------------------------------X

or in the alternative, deeming the Amended Complaint filed under Adversary Proceeding Number 820-08178-A736, captioned *In re Robert Diamond a/k/a Rob Diamond, Inc.,* Debtor; *Marc A. Pergament, Chapter 7 Trustee of the Estate of Diamond Finance Co., Inc.,* Plaintiff *v. Robert Diamond a/k/a Rob Diamond,* Defendant, timely filed; (b) upon the granting of this motion, authorizing the discontinuance of the adversary proceeding number 820-08175-A736 ; and (c) such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that the telephonic Hearing will be conducted using Court Solutions LLC. All attorneys and parties wishing to appear at the telephonic Hearing must make arrangements with Court Solutions at https://www.court-solutions.com no later than 12 p.m. on the business day prior to the telephonic Hearing.

PLEASE TAKE FURTHER NOTICE, that a copy of the application is available for inspection at the office of the Clerk of the United States Bankruptcy Court during normal business hours at the Alfonse M. D'Amato Courthouse, 290 Federal Plaza, Central Islip, New York 11722 or may be obtained by contacting the undersigned.

PLEASE TAKE FURTHER NOTICE, Objections to the Trustee's application shall be filed as follows:  (a) (i) through the Bankruptcy Court's electronic filing system (in accordance with Order No. 476), which may be accessed through the Internet at the Bankruptcy Court's website: www.nyeb.uscourts.gov, and (ii) in portable document format (PDF) using Adobe Exchange software for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document to which the objection refers, and the file name on the outside of the envelope.  An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph.  A hard copy of the objection, whether filed pursuant to section (a), (b) or (c), as set forth in this paragraph, shall be hand-delivered directly to the Chambers of the Honorable Robert E. Grossman, and a hard copy shall be served upon the Trustee's counsel, Weinberg, Gross & Pergament LLP, 400 Garden City Plaza, Suite 403, Garden City, New York 11530, Attention:  Marc A. Pergament, Esq., the Office of the United States Trustee, Alfonse M. D'Amato Courthouse, 560 Federal Plaza, Central Islip, New York  11722, and file with the Clerk of the Bankruptcy Court, with a copy to chambers on or before January 4, 2021.

Dated:  Garden City, New York
          December 10, 2020

<div style="margin-left:40%">

Weinberg, Gross & Pergament LLP
Attorneys for Marc A. Pergament, Chapter 7 Trustee
of the Estate of Diamond Finance Co., Inc.

By:      _____
Marc A. Pergament
400 Garden City Plaza, Suite 403
Garden City, New York 11530
(516) 877-2424

</div>