MARK PERGAMENT
AGAINST ROBERT DIAMOND / CASE # 820-71878-A736          Pg 1

TO JUDGE GROSSMAN

Your Honor, For the record, I discussed this settlement with opposing counsel, ~~MARK~~ Weingarten, who represents Mark Pergament Trustee. He said, what's the difference if you settle for 1 million, 3 million, or 10 million, your never going to be able to pay it in your lifetime, especially at age 67, with very few working years left, unless you hit the lottery. He said I should definitely make this settlement because if we go to trial all the deposition questions he asked me before will be even stronger against me and my family. "It will be like being on steroids".

I did try to hire another attorney, but the cost was too great. This attorney said he spoke to Pergament and Pergament said Diamond has no shot, its a slam dunk against me, especially with no discovery.

The part I don't understand is that Mark Weingarten & Michael Fox from Olshan, Frome Wolosky LLP are the attorneys for Trustee - Pergament. Michael Fox was a personal friend of mine when

Pg 2

THIS STARTED. WE HAVE HAD DINNER TOGETHER MANY TIMES WITH OUR WIVES, PLAYED GOLF TOGETHER AT THE SAME COUNTRY CLUB, TRAVELED TO CALIFORNIA ON VACATION WITH OUR WIVES, AND THE EVEN GONE 2 TIMES ON MIKE FOX FAMOUS GOLF AND SEX TRIPS HE'S BEEN RUNNING FOR 15 YEARS. I HAVE PERSONAL CHECKS WRITTEN TO HIM, I'VE EVEN PLACED FOOTBALL BETS FOR HIM WITH A BOOKMAKER THAT HE EVENTUALLY HAD HIS OWN ACCOUNT UNDER BLUE WITH A CODE #.

MICHEAL FOX INTERROGATED ME, IN, I BELIEVE WAS A 2004 HEARING IN THE BEGINNING OF THIS CASE, AND THEN WORKED BEHIND THE SCENE'S AND HANDLED OTHER PARTS OF THIS CASE, RATHER THAN DO DEPOSITIONS ON ME, INSTEAD LETTING MARK WEINGARTEN HANDLE IT. HOW IS THIS NOT A CONFLICT OF INTEREST!!

I AM TRULY SORRY FOR EVERYTHING THAT HAS HAPPENED. I NEVER WANTED TO HURT ANYBODY, THESE WERE ALL MY FRIENDS AND I WOULD HAVE FOUND A WAY TO PAY EVERYBODY, IF MICHEAL FOX DIDN'T FORCE ME INTO A INVOLUNTARY BANKRUCTCY. THANK YOU FOR YOUR TIME, YOUR HONOR,

SINCERLY ROBERT DIAMOND